*Lancaster.*

In the case of a Road leading from the corner of *Abraham Buckwalter*'s orchard, &c.

*Saturday,*
*May 31.*

Where
there is a
view and re-
view, the
Court of Quar-
ter Sessions
may adopt
either.

IN ERROR.

*CERTIORARI* to the Court of Quarter Sessions of *Lancaster* county.

There was a view and review. The Court of Quarter Sessions set aside the review, and confirmed the report of the viewers.

*Montgomery*, against the road, contended, that the Court of Quarter Sessions could not act in this way, without special reasons, which must appear on the record.

*Buchanan*, contra.

PER CURIAM. The Court of Quarter Sessions may adopt the report either of the viewers or reviewers. The view and review only being to inform their conscience.

Proceedings confirmed.